

www.pbwt.com

November 18, 2025

Harry Sandick
(212) 336-2723
hsandick@pbwt.com

**Via ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 228
New York, NY 10007

> The request to adjourn is **GRANTED.** The ICMC is rescheduled to **December 9, 2025 at 2:00 PM**. Dial +1 646-453-4442 and enter ID 900 945 196#. SO ORDERED.
>
> *Jennifer E. Willis*
>
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> November 19, 2025

Re:    *Silver v. Basil and Elise Goulandris Foundation, et al.,*
       **Case No. 25 Civ. 8914 (VSB) (JW)**

Dear Judge Willis:

I am counsel to The Metropolitan Museum of Art in the above-captioned case and I write to respectfully request a brief adjournment of the initial case management telephone conference, which has been set for December 4, 2025 at 10:30 am. I have a family commitment at that time which would make it difficult for me to participate in the telephone conference.

In light of this, I respectfully request an adjournment of the conference to the week of December 8, 2025. I have spoken to counsel for the Plaintiff and for Defendants Basil and Elise Goulandris Foundation and Peter John Goulandris, who consent to this request and who are available at any time during that week other than on the morning of December 11. There have been no prior requests for an adjournment of this conference.

Thank you for your consideration of this request.

Respectfully submitted,

Harry Sandick

---