**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JUDITH ANNE SILVER, special administrator
of the ESTATE OF HEDWIG E. STERN,

                 Plaintiff,                  **ORDER**

                                 **25-CV-8914 (VSB) (JW)**
           -against-

BASIL AND ELISE
GOULDANDRIS FOUNDATION,
*et al.*,

                Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties appeared before the Court for an initial case management conference on December 9, 2025. At the conference, the Goulandris Defendants and the Metropolitan Museum of Art Defendants (collectively, "Defendants"), moved for an order staying discovery. For the reasons stated more fully on the record, Defendants' motion to stay discovery pending Judge Broderick's decision on the Motion to Dismiss is **GRANTED.**

If the Motion to Dismiss is not granted in full, the Parties are to file a joint letter within **one week** of Judge Broderick's decision on the Motion to Dismiss with proposed new discovery deadlines.

SO ORDERED.

DATED:    New York, New York
            December 9, 2025

                                        _____
                                        JENNIFER E. WILLIS
                                      United States Magistrate Judge