UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :

JUDITH ANNE SILVER, special administrator  :
of the ESTATE OF HEDWIG E. STERN

                      :

               Plaintiff,      :              25-CV-8914 (VSB)

                      :

         -against-        :            **ORDER**

                      :

BASIL AND ELISE GOULDANDRIS      :
FOUNDATION, *et al.*,               :

                      :

              Defendants.   :

                      :

-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On January 13, 2026, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Doc. 41.) "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020). Accordingly, it is hereby:

ORDERED that Defendants shall file a letter by January 23, 2026 deciding whether their previously filed motions to dismiss, (Docs. 34, 36), should be deemed moot without prejudice to refile new motions to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendants' previously filed motions to dismiss in light of the facts alleged in the amended complaint.

1

SO ORDERED.

Dated:  January 16, 2026
        New York, New York

_____
Vernon S. Broderick
United States District Judge