

FREEDMAN
NORMAND
FRIEDLAND

April 15, 2025

**Via ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

> **Re:**     *Silver v. Basil and Elise Goulandris Found.*, **No. 25 Civ. 8914 (VSB)(JW)**

Dear Judge Broderick:

We represent Plaintiff Judith Silver, Special Administrator of the Estate of Hedwig E. Stern ("Plaintiff"), in the above-captioned action. We write to advise the Court that the Holocaust Expropriated Art Recovery Act of 2025, S.1884 -119 Congress (2025-2026) (the "HEAR Act of 2025") was presented to President Trump for his signature on April 2, 2026, and signed into law on April 13, 2026.

Pursuant to Your Honor's Order dated March 19, 2026 (ECF 63), the parties have conferred and jointly agreed on the following briefing schedule:

1.     Plaintiff's time to respond to the Defendants Basil and Elise Goulandris Foundation's and Peter John Goulandris's (collectively, the "Goulandris Defendants") and Defendant The Metropolitan Museum of Art's ("The Met") (together, "Defendants") motions to dismiss the Amended Complaint shall be extended through and including May 7, 2026.

2.     Defendants' time to reply to Plaintiff's responses shall be extended through and including June 22, 2026.

Plaintiff also requests permission to file a sur-reply (or sur-replies) pursuant to Rule 4.B of Your Honor's Individual Rules & Practices. Defendants have consented to this request, and the parties jointly agreed on a proposed deadline of July 15, 2026.

Plaintiff seeks leave to file a sur-reply because Defendants have indicated their intent to raise arguments in their reply briefs concerning the HEAR Act of 2025—arguments Plaintiff cannot address until Defendants raise them. The parties previously agreed to 800-word expansions of their respective briefs. *See* ECF No. 63. Plaintiff agrees to use her additional 800 words on sur-reply, rather than in her responses to Defendants' motions to dismiss the Amended Complaint. As such, Plaintiff requests permission to file sur-reply briefs of no more than 800 words to address the HEAR Act of 2025 and its implications.

The Honorable Vernon S. Broderick
April 15, 2026
Page 2 of 2

Plaintiff respectfully reserves her right to request permission from the Court, pursuant to Rule 4.B of Your Honor's Individual Rules & Practices, for more space in her sur-replies to address any additional, new issues raised in Defendants' replies. Defendants reserve their right to object to such an application, if and when it is made.

Respectfully submitted,

/s/    Lawrence M. Kaye

Lawrence M. Kaye

cc: All counsel of record (via ECF)