FREEDMAN NORMAND FRIEDLAND

August 18, 2026

**Via ECF**

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Courtroom 228
New York, NY 10007

Re: *Silver v. Basil and Elise Goulandris Found.*, No. 25 Civ. 8914 (VSB)(JW)

Dear Magistrate Judge Willis:

We represent Plaintiff Judith Silver, Special Administrator of the Estate of Hedwig E. Stern ("Plaintiff"), in the above-captioned action. We write in response to Your Honor's August 14, 2026 Memo Endorsement (ECF No. 83) concerning the Acknowledgement of Constitutional Challenge & Notice of Potential Participation filed by the United States of America on August 7, 2026 (ECF No. 83). Plaintiff has no objection to the United States' request that its deadline to intervene be extended to October 6, 2026.

Respectfully submitted,

/s/ Lawrence M. Kaye
Lawrence M. Kaye

cc: All counsel of record (via ECF)

Freedman Normand Friedland LLP
155 E. 44th St., Suite 915, New York, NY 10017 | (t) 646.494.2900 (f) 646.392.8842 | www.fnf.law