This request for an extension is **GRANTED**. The United States' deadline for intervention is now **October 20, 2026**.

**SO ORDERED.**

JENNIFER E. WILLIS
United States Magistrate Judge
October 5, 2026

**<u>Via ECF</u>**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Silver v. Basil*, Case No. 25 Civ. 8914 (VSB) (JW)**

Dear Judge Willis:

This Office represents the United States, which filed an Acknowledgment of Constitutional Challenge and Notice of Potential Participation in this matter on August 7, 2026, and requested that its deadline to intervene be extended to October 6, 2026. ECF No. 82. The Court granted that extension request on August 14, 2026. ECF No. 83.

I write respectfully to request a two-week extension of the United States' intervention deadline from October 6, 2026, to October 20, 2026. The reason for this request is that additional time is needed to coordinate within the Department of Justice regarding intervention. All parties consent to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: * /s/ Rachel Kroll*
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov
*Attorney for United States of America*

cc: all parties (via ECF)